## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| School Express, Inc., | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 711 C.D. 2021 |
| | : | |
| Upper Adams School District | : | |

**PER CURIAM**                    **O R D E R**

NOW, March 2, 2023, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is denied.